# EXHIBIT C

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

[RECORDING REQUESTED BY]
NATIONWIDE TITLE CLEARING, INC.
[AND WHEN RECORDED MAIL TO]
JPMorgan Chase Bank, NA
C/O Nationwide Title Clearing, Inc.
2100 Alt. 19 North
Palm Harbor, FL 34683



87.00

*$R0010110337$*
**2018000189591 9:33 am 05/24/18**

63 405 A30   2
0.00 0.00 0.00 0.00 3.00 0.00 0.000.0075.00 3.00

Loan #: ▮▮▮▮▮▮

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Contact JPMORGAN CHASE BANK, N.A. for this instrument 780 Kansas Lane, Suite A, Monroe, LA 71203, telephone # (866) 756-8747, which is responsible for receiving payments.

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, THE FEDERAL DEPOSIT INSURANCE CORPORATION, A CORPORATION ORGANIZED AND EXISTING UNDER AN ACT OF CONGRESS (FDIC), WHOSE ADDRESS IS 1601 BRYAN STREET, DALLAS, TX 75201, AND ACTING IN ITS RECEIVERSHIP CAPACITY AS RECEIVER OF WASHINGTON MUTUAL BANK F/K/A WASHINGTON MUTUAL BANK, FA, (ASSIGNOR) by these presents does convey, grant, assign, transfer and set over the described Deed of Trust without recourse, representation or warranty, together with all right, title and interest secured thereby, all liens, and any rights due or to become due thereon to JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, WHOSE ADDRESS IS 700 KANSAS LANE, MC 8000, MONROE, LA 71203 (866)756-8747, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Deed of Trust made by DEBRA SMITH AND MICHAEL J SMITH and recorded on 09/15/2005 as Book n/a, Page n/a and Instrument # 2005000731052 in the office of the ORANGE County Recorder, CA.

Property is more commonly known as: 27501 BOOTHILL COURT, LAGUNA HILLS, CA 92653.

This Assignment is made without recourse, representation or warranty, express or implied, by the FDIC in its corporate capacity or as Receiver.

This Assignment is intended to further memorialize the transfer that occurred by operation of law on September 25, 2008 as authorized by Section 11(d)(2)(G)(i)(II) of the Federal Deposit Insurance Act, 12 U.S.C. S1821 (d)(2)(G)(i)(II)

IN WITNESS WHEREOF, this Assignment is executed on *05 / 21 / 2018* (MM/DD/YYYY).
THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF WASHINGTON MUTUAL BANK F/K/A WASHINGTON MUTUAL BANK, FA, BY JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, ITS ATTORNEY-IN-FACT

By: *Judy G Jackson* (signature)
    Judy G Jackson
    **Vice President**

JPCAS 403147309 WAMU   T181805-12:03:25 [C-2] FRMCA1_JPCAS3



Loan #: ████

||||||||||||||||||||||||||||||||||||||||||||||

# ACKNOWLEDGEMENT

STATE OF LOUISIANA
PARISH OF OUACHITA
On __05 / 21 / 2018__ (MM/DD/YYYY), before me appeared _____ Judy G Jackson _____,[1] to me personally known, who did say that he/she/they is/are the _____ Vice President _____ of THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF WASHINGTON MUTUAL BANK F/K/A WASHINGTON MUTUAL BANK, FA, BY JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, ITS ATTORNEY-IN-FACT and that the instrument was signed on behalf of the corporation (or association), by authority from its board of directors, and that he/she/they acknowledged the instrument to be the free act and deed of the corporation (or association).

_____
Katrina Marie Johnson  68375
Notary Public - State of LOUISIANA
Commission expires: Upon My Death

KATRINA MARIE JOHNSON, NOTARY PUBLIC
OUACHITA PARISH, LOUISIANA
LIFETIME COMMISSION
NOTARY ID # 68375

Document Prepared By: _____ Judy G Jackson , JPMorgan Chase Bank, N.A., 780 Kansas Lane, Suite A, Monroe, LA, 71203, 800-401-6587
JPCAS 403147309 WAMU   T181805-12:03:25 [C-2] FRMCA1_JPCAS3

||||||||||||||||||||||||||||||||||      ||||||||||||||||||||||||||||||||||||