EXHIBIT E

**EXECUTION VERSION**

WaMu ASSET ACCEPTANCE CORP.,

as Depositor

and

WASHINGTON MUTUAL BANK,

as Servicer

and

LASALLE BANK NATIONAL ASSOCIATION,

as Trustee

and

CHRISTIANA BANK & TRUST COMPANY,

as Delaware Trustee

POOLING AND SERVICING AGREEMENT

$925,491,847.47

Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR2 Trust

WaMu Asset Acceptance Corp.

Washington Mutual Mortgage Pass-Through Certificates

WMALT Series 2006-AR2

Cut-Off Date: March 1, 2006

DOCSSF1:872398.4

# TABLE OF CONTENTS

**Page**

ARTICLE I ................................................................................................................... 7

    Section 1.01.    Definitions ......................................................................................... 7

        Adjusted Cap Rate ...................................................................... 7
        Adjusted Weighted Average Pass-Through Rate ........................ 7
        Aggregate Certificate Principal Balance ..................................... 7
        Agreement .................................................................................... 7
        Appraised Value .......................................................................... 7
        Assigned Prepayment Premiums ................................................ 8
        Assignment of Proprietary Lease ............................................... 8
        Authenticating Agent .................................................................. 8
        Authorized Denomination ............................................................ 8
        Bankruptcy Loss .......................................................................... 8
        Beneficial Holder ........................................................................ 8
        Benefit Plan Opinion ................................................................... 8
        Book-Entry Certificates .............................................................. 9
        Business Day ............................................................................... 9
        Buydown Agreement .................................................................... 9
        Buydown Fund ............................................................................. 9
        Buydown Fund Account ............................................................... 9
        Buydown Loan ............................................................................. 9
        Carry-Forward Subsequent Recoveries Amount ....................... 9
        Carryover Shortfall Amount ......................................................... 9
        Carryover Shortfall Payment ....................................................... 10
        Certificate .................................................................................... 12
        Certificate Account ...................................................................... 12
        Certificateholder or Holder .......................................................... 12
        Certificate Margin ........................................................................ 12
        Certificate Interest Rate .............................................................. 12
        Certificate of Trust ...................................................................... 13
        Certificate Principal Balance ....................................................... 13
        Certificate Register and Certificate Registrar ............................ 13
        Class ........................................................................................... 13
        Class A Certificates .................................................................... 13
        Class A-1A Certificates ............................................................... 13
        Class A-1B Certificates ............................................................... 14
        Class A-1C Certificates ............................................................... 14
        Class B Certificates .................................................................... 14
        Class B-1 Certificates ................................................................. 14
        Class B-L Regular Interests ........................................................ 14
        Class B-1-L Regular Interest ....................................................... 14
        Class B-2 Certificates ................................................................. 14
        Class B-2-L Regular Interest ....................................................... 14

# TABLE OF CONTENTS
(continued)

**Page**

Class B-3 Certificates ............................................................................... 14
Class B-3-L Regular Interest ...................................................................... 14
Class B-4 Certificates ............................................................................... 14
Class B-4-L Regular Interest ...................................................................... 14
Class B-5 Certificates ............................................................................... 14
Class B-5-L Regular Interest ...................................................................... 14
Class B-6 Certificates ............................................................................... 15
Class B-6-L Regular Interest ...................................................................... 15
Class B-7 Certificates ............................................................................... 15
Class B-7-L Regular Interest ...................................................................... 15
Class B-8 Certificates ............................................................................... 15
Class B-8-L Regular Interest ...................................................................... 15
Class B-9 Certificates ............................................................................... 15
Class B-9-L Regular Interest ...................................................................... 15
Class B-10 Certificates .............................................................................. 15
Class B-10-L Regular Interest .................................................................... 15
Class B-11 Certificates .............................................................................. 15
Class B-11-L Regular Interest .................................................................... 15
Class B-12 Certificates .............................................................................. 15
Class B-12-L Regular Interest .................................................................... 15
Class B-13 Certificates .............................................................................. 16
Class B-13-L Regular Interest .................................................................... 16
Class B-14 Certificates .............................................................................. 16
Class B-14-L Regular Interest .................................................................... 16
Class LT Principal Reduction Amounts ...................................................... 16
Class LT Regular Interests ......................................................................... 16
Class LT1 Regular Interest ......................................................................... 16
Class LT2 Principal Distribution Amount ................................................... 16
Class LT2 Regular Interest ......................................................................... 16
Class LT3 Principal Distribution Amount ................................................... 16
Class LT3 Regular Interest ......................................................................... 16
Class LT4 Principal Distribution Amount ................................................... 16
Class LT4 Regular Interest ......................................................................... 16
Class Notional Amount .............................................................................. 17
Class PPP Certificates ............................................................................... 17
Class PPP Notional Amount ....................................................................... 17
Class PPP-L Regular Interest ..................................................................... 17
Class Principal Balance.............................................................................. 17
Class R Certificates ................................................................................... 18
Class R Residual Interests .......................................................................... 18
Class R-1 Residual Interest ........................................................................ 18
Class R-2 Residual Interest ........................................................................ 18
Class X Certificates.................................................................................... 18

# TABLE OF CONTENTS
(continued)

Page

Class X-L Notional Amount ................................................................ 18
Class X-L Regular Interest ................................................................. 18
Clean-Up Call Option Date ............................................................... 18
Clean-Up Call Percentage ................................................................. 18
Clearing Agency ................................................................................. 19
Closing Date ....................................................................................... 19
Code   .................................................................................................. 19
Commission ........................................................................................ 19
Company ............................................................................................. 19
Compensating Interest ....................................................................... 19
Cooperative ........................................................................................ 19
Cooperative Apartment ...................................................................... 19
Cooperative Lease .............................................................................. 19
Cooperative Loans ............................................................................. 19
Cooperative Stock .............................................................................. 19
Cooperative Stock Certificate ........................................................... 19
Corporate Trust Office ....................................................................... 19
Corporation ........................................................................................ 20
Corresponding Class .......................................................................... 20
Credit Support Depletion Date .......................................................... 20
Cumulative Carry-Forward Subsequent Recoveries Amount ........... 20
Current Loan-to-Value Ratio ............................................................. 20
Curtailment ........................................................................................ 20
Curtailment Shortfall ......................................................................... 21
Custodial Account for P&I ................................................................ 21
Custodial Agreement ......................................................................... 21
Custodian ........................................................................................... 21
Cut-Off Date ...................................................................................... 21
Definitive Certificates ....................................................................... 21
Delaware Trustee ............................................................................... 21
Depositary Agreement ....................................................................... 21
Destroyed Mortgage Note ................................................................. 21
Determination Date ............................................................................ 21
Disqualified Organization .................................................................. 21
Distribution Date ............................................................................... 22
DTC   .................................................................................................. 22
DTC Participant ................................................................................. 22
Due Date ............................................................................................. 22
Eligible Institution ............................................................................. 22
Eligible Investments .......................................................................... 22
ERISA ................................................................................................ 24
ERISA Restricted Certificate ............................................................ 24
Event of Default ................................................................................. 24

## TABLE OF CONTENTS
(continued)

**Page**

Excess Liquidation Proceeds ................................................................ 24
Excess Subsequent Recoveries ............................................................. 24
Fannie Mae............................................................................................ 24
FDIC ..................................................................................................... 24
FHA ...................................................................................................... 24
Final Maturity Date............................................................................... 24
Fitch ..................................................................................................... 24
Freddie Mac .......................................................................................... 24
Index ..................................................................................................... 24
Indirect DTC Participants ..................................................................... 25
Insurance Proceeds................................................................................ 25
Interest Distribution Amount ................................................................ 25
Interest Rate Adjustment Date .............................................................. 25
Investment Account ............................................................................... 25
Investment Depository........................................................................... 25
Junior Subordinate Certificates............................................................. 25
Last Scheduled Distribution Date ......................................................... 25
LIBOR................................................................................................... 26
LIBOR Determination Date .................................................................. 26
Liquidated Mortgage Loan ................................................................... 26
Liquidation Principal ............................................................................ 26
Liquidation Proceeds ............................................................................ 26
Lowest Class B Owner.......................................................................... 26
Marker Rate .......................................................................................... 26
Maximum Class B Adjusted Weighted Average Pass-Though Rate..... 26
MERS .................................................................................................... 26
MERS Loan ........................................................................................... 26
MERS® System..................................................................................... 26
MIN ...................................................................................................... 27
Minimum Monthly Payment.................................................................. 27
MOM Loan ............................................................................................ 27
Monthly P&I Advance ........................................................................... 27
Monthly Payment Adjustment Terms.................................................... 27
Moody's ................................................................................................. 27
Mortgage ............................................................................................... 27
Mortgage File ........................................................................................ 27
Mortgage Interest Rate .......................................................................... 30
Mortgage Loan Margin ......................................................................... 30
Mortgage Loan Purchase Agreement.................................................... 30
Mortgage Loan Schedule ...................................................................... 30
Mortgage Loans ..................................................................................... 31
Mortgage Note ...................................................................................... 31
Mortgage Pool....................................................................................... 31

## TABLE OF CONTENTS
(continued)

**Page**

Mortgage Pool Assets ........................................................................................... 31
Mortgaged Property ............................................................................................. 31
Mortgagor ............................................................................................................ 31
Negative Amortization Amount ........................................................................... 31
Net Negative Amortization Amount .................................................................... 32
No-Delay Accrual Period ..................................................................................... 32
Nonrecoverable Advance ..................................................................................... 32
Non-U.S. Person .................................................................................................. 32
Notice Addresses ................................................................................................. 32
OTS ...................................................................................................................... 33
Officer's Certificate ............................................................................................ 33
One-Year MTA .................................................................................................... 33
Opinion of Counsel ............................................................................................. 33
Original Trust Agreement .................................................................................... 33
Ownership Interest ............................................................................................... 33
Pass-Through Entity ............................................................................................ 33
Pass-Through Rate ............................................................................................... 34
Paying Agent ....................................................................................................... 34
Payoff .................................................................................................................. 34
Payoff Earnings ................................................................................................... 34
Payoff Interest ..................................................................................................... 34
Payoff Period ....................................................................................................... 34
Percentage Interest .............................................................................................. 34
Permitted Transferee ........................................................................................... 35
Person .................................................................................................................. 36
Prepaid Monthly Payment ................................................................................... 36
Prepayment Premium .......................................................................................... 36
Primary Insurance Policy .................................................................................... 36
Principal Balance ................................................................................................. 36
Principal Payment ............................................................................................... 37
Principal Payment Amount .................................................................................. 37
Principal Prepayment .......................................................................................... 37
Principal Prepayment Amount ............................................................................ 37
Prior Period ......................................................................................................... 37
Prospectus ........................................................................................................... 37
Rate Ceiling ......................................................................................................... 37
Rate Floor ............................................................................................................ 37
Rating Agency ..................................................................................................... 37
Ratings ................................................................................................................. 37
Reacquired Mortgage Loan ................................................................................. 37
Realized Loss ...................................................................................................... 37
Recognition Agreement ....................................................................................... 40
Record Date ......................................................................................................... 40

# TABLE OF CONTENTS
### (continued)

**Page**

Recording Documents ........................................................................ 40
Reference Banks ............................................................................... 40
Regular Interests ............................................................................. 40
Regulation AB .................................................................................. 40
Relief Act Shortfall ......................................................................... 40
REMIC ............................................................................................. 40
REMIC Provisions ............................................................................ 40
REMIC I ........................................................................................... 40
REMIC I Assets ................................................................................ 41
REMIC I Available Distribution Amount ......................................... 41
REMIC I Distribution Amount ......................................................... 42
REMIC I Principal Distribution Amount .......................................... 42
REMIC I Regular Interests ............................................................... 43
REMIC II .......................................................................................... 43
REMIC II Assets ............................................................................... 43
REMIC II Available Distribution Amount ........................................ 43
REMIC II Distribution Amount ........................................................ 43
REMIC II Regular Interests .............................................................. 48
Repurchase Price .............................................................................. 48
Repurchase Proceeds ........................................................................ 49
Residual Certificates ........................................................................ 49
Residual Distribution Amount .......................................................... 49
Responsible Officer .......................................................................... 49
ROV Mortgage Loan ........................................................................ 49
S&P .................................................................................................. 49
Secretary of State ............................................................................. 49
Securities Act ................................................................................... 49
Security Agreement .......................................................................... 49
Seller ................................................................................................ 50
Senior Certificates ........................................................................... 50
Senior Liquidation Amount .............................................................. 50
Senior Percentage ............................................................................ 50
Senior Prepayment Percentage ........................................................ 50
Senior Principal Distribution Amount .............................................. 52
Senior Subordinate Certificates ....................................................... 52
Servicer ............................................................................................ 52
Servicer Business Day ...................................................................... 52
Servicing Fee .................................................................................... 52
Servicing Fee Rate ........................................................................... 52
Servicing Officer .............................................................................. 52
Special Primary Insurance Policy ..................................................... 52
Special Primary Insurance Premium ................................................. 52
Statutory Trust Statute ..................................................................... 53

## TABLE OF CONTENTS
(continued)

**Page**

Streamlined Mortgage Loan ...................................................................... 53
Subordinate Certificates .......................................................................... 53
Subordinate Liquidation Amount ............................................................. 53
Subordinate Percentage............................................................................ 53
Subordinate Prepayment Percentage........................................................ 53
Subordinate Principal Distribution Amount ............................................ 53
Subordinate Principal Prepayments Distribution Amount........................ 53
Subordination Level................................................................................. 53
Subsequent Recoveries ............................................................................ 54
Substitute Mortgage Loan ....................................................................... 54
Substitution Price ..................................................................................... 54
Tax Matters Person .................................................................................. 54
Termination Date ..................................................................................... 54
Termination Payment ............................................................................... 54
Transfer .................................................................................................... 55
Transferee ................................................................................................ 55
Transferee Affidavit and Agreement ....................................................... 55
Trust ........................................................................................................ 55
Trustee...................................................................................................... 55
Uncollected Interest ................................................................................. 55
Uncompensated Interest Shortfall ........................................................... 55
Underwriter .............................................................................................. 55
Uninsured Cause ...................................................................................... 55
U.S. Person............................................................................................... 55
VA ............................................................................................................ 56
Weighted Average Pass-Through Rate..................................................... 56
Withdrawal Date ...................................................................................... 56

ARTICLE II      CREATION OF THE TRUST; CONVEYANCE OF THE
                MORTGAGE POOL ASSETS, REMIC I REGULAR INTERESTS
                AND REMIC II REGULAR INTERESTS; REMIC ELECTION AND
                DESIGNATIONS; ORIGINAL ISSUANCE OF CERTIFICATES ............ 56

Section 2.01.    Creation of the Trust.......................................................... 56

Section 2.02.    Restrictions on Activities of the Trust ............................... 57

Section 2.03.    Separateness Requirements................................................. 58

Section 2.04.    Conveyance of Mortgage Pool Assets; Security Interest.................... 59

Section 2.05.    Delivery of Mortgage Files................................................. 60

Section 2.06.    REMIC Election for REMIC I ............................................ 61

Section 2.07.    Acceptance by Trustee ....................................................... 63

# TABLE OF CONTENTS

(continued)

**Page**

| | | |
|---|---|---|
| Section 2.08. | Representation and Warranty of the Company Concerning the Mortgage Loans | 64 |
| Section 2.09. | Representations and Warranties of the Seller Concerning the Mortgage Loans | 66 |
| Section 2.10. | Additional Provisions Relating to Repurchases of and Substitutions for Mortgage Loans by the Company or the Seller | 66 |
| Section 2.11. | Acknowledgment of Transfer of Mortgage Pool Assets | 67 |
| Section 2.12. | Conveyance of REMIC II Assets; Security Interest | 67 |
| Section 2.13. | REMIC Election for REMIC II | 68 |
| Section 2.14. | Acknowledgement of Transfer of REMIC II Assets | 70 |
| Section 2.15. | Conveyance of Class B-L, Class X-L and Class PPP-L Regular Interests; Security Interest | 70 |
| Section 2.16. | Acknowledgement of Transfer of Class B-L, Class X-L and Class PPP-L Regular Interests | 71 |
| Section 2.17. | Legal Title | 71 |
| Section 2.18. | Compliance with ERISA Requirements | 71 |
| Section 2.19. | Additional Representation Concerning the Mortgage Loans | 71 |
| Section 2.20. | Distributions to the Class B Certificates Outside of REMIC II | 72 |
| ARTICLE III | ADMINISTRATION AND SERVICING OF MORTGAGE LOANS | 72 |
| Section 3.01. | The Servicer | 72 |
| Section 3.02. | The Custodial Accounts for P&I and Buydown Fund Accounts | 74 |
| Section 3.03. | The Investment Account; Eligible Investments | 75 |
| Section 3.04. | The Certificate Account | 76 |
| Section 3.05. | Permitted Withdrawals from the Certificate Account, the Investment Account, the Custodial Accounts for P&I and the Buydown Fund Accounts | 77 |
| Section 3.06. | Maintenance of Primary Insurance Policies; Collections Thereunder | 78 |
| Section 3.07. | Maintenance of Hazard Insurance | 79 |
| Section 3.08. | Enforcement of Due-on-Sale Clauses; Assumption Agreements | 79 |
| Section 3.09. | Realization Upon Defaulted Mortgage Loans | 80 |
| Section 3.10. | Trustee to Cooperate; Release of Mortgage Files | 82 |
| Section 3.11. | Compensation to the Servicer | 83 |

# TABLE OF CONTENTS
(continued)

**Page**

| | | |
|---|---|---|
| Section 3.12. | [Reserved.] | 83 |
| Section 3.13. | Reports on Assessment of Compliance with Servicing Criteria and Servicing Compliance Statements | 83 |
| Section 3.14. | Access to Certain Documentation and Information Regarding the Mortgage Loans | 84 |
| Section 3.15. | [Reserved] | 84 |
| Section 3.16. | [Reserved] | 84 |
| Section 3.17. | [Reserved.] | 84 |
| Section 3.18. | [Reserved.] | 85 |
| Section 3.19. | Determination of LIBOR by Servicer | 85 |
| Section 3.20. | Assigned Prepayment Premiums. | 86 |
| ARTICLE IV | PAYMENTS TO CERTIFICATEHOLDERS; PAYMENT OF EXPENSES | 88 |
| Section 4.01. | Distributions to Holders of REMIC I Regular Interests and Class R-1 Residual Interest | 88 |
| Section 4.02. | Monthly P&I Advances; Distribution Reports to the Trustee | 88 |
| Section 4.03. | Nonrecoverable Advances | 90 |
| Section 4.04. | Distributions to Certificateholders; Payment of Special Primary Insurance Premiums | 90 |
| Section 4.05. | Statements to Certificateholders | 92 |
| ARTICLE V | THE CERTIFICATES | 92 |
| Section 5.01. | The Certificates | 92 |
| Section 5.02. | Certificates Issuable in Classes; Distributions of Principal and Interest; Authorized Denominations | 98 |
| Section 5.03. | Registration of Transfer and Exchange of Certificates | 99 |
| Section 5.04. | Mutilated, Destroyed, Lost or Stolen Certificates | 99 |
| Section 5.05. | Persons Deemed Owners | 100 |
| Section 5.06. | [Reserved.] | 100 |
| Section 5.07. | Book-Entry for Book-Entry Certificates | 100 |
| Section 5.08. | Notices to Clearing Agency | 101 |
| Section 5.09. | Definitive Certificates | 101 |
| Section 5.10. | Office for Transfer of Certificates | 102 |

# TABLE OF CONTENTS
(continued)

**Page**

Section 5.11.    Nature of Certificates ............................................................................ 102

ARTICLE VI       THE COMPANY AND THE SERVICER ................................................ 102

Section 6.01.    Liability of the Company and the Servicer ...................................... 102

Section 6.02.    Merger or Consolidation of the Company or the Servicer .............. 102

Section 6.03.    Limitation on Liability of the Company, the Servicer and Others ........................................................................................ 102

Section 6.04.    Neither the Company nor the Servicer May Resign ...................... 103

Section 6.05.    Trustee Access. ............................................................................ 103

ARTICLE VII      DEFAULT ........................................................................................ 104

Section 7.01.    Events of Default .......................................................................... 104

Section 7.02.    Trustee to Act; Appointment of Successor .................................... 106

Section 7.03.    Notification to Certificateholders .................................................. 107

ARTICLE VIII     CONCERNING THE TRUSTEES ...................................................... 107

Section 8.01.    Duties of Trustees ........................................................................ 107

Section 8.02.    Certain Matters Affecting the Trustees .......................................... 109

Section 8.03.    Trustees Not Liable for Certificates or Mortgage Loans ................ 110

Section 8.04.    Trustees May Own Certificates ...................................................... 110

Section 8.05.    The Servicer to Pay Trustees' Fees and Expenses .......................... 110

Section 8.06.    Eligibility Requirements for Trustees .............................................. 111

Section 8.07.    Resignation and Removal of Trustees ............................................ 111

Section 8.08.    Successor Trustee .......................................................................... 112

Section 8.09.    Merger or Consolidation of Trustee ................................................ 112

Section 8.10.    Appointment of Co-Trustee or Separate Trustee ............................ 113

Section 8.11.    Authenticating Agents .................................................................... 114

Section 8.12.    Paying Agents ................................................................................ 114

Section 8.13.    Duties of Delaware Trustee ............................................................ 115

Section 8.14.    Amendment to Certificate of Trust .................................................. 116

Section 8.15.    [Reserved] ...................................................................................... 116

Section 8.16.    Trustees Act on Behalf of Trust ...................................................... 116

Section 8.17.    Limitation of Liability ...................................................................... 116

# TABLE OF CONTENTS
(continued)

**Page**

TRUSTEE REPORT ON ASSESSMENT OF COMPLIANCE AND ATTESTATION ......... 116

ARTICLE IX        TERMINATION .................................................................... 117

Section 9.01.    Termination Upon Purchase by the Servicer or Liquidation of All Mortgage Loans .............................................................. 117

Section 9.02.    Additional Termination Requirements ............................................ 119

Section 9.03.    Trust Irrevocable ..................................................................... 120

ARTICLE X        MISCELLANEOUS PROVISIONS ................................................ 120

Section 10.01.   Amendment ................................................................................ 120

Section 10.02.   Recordation of Agreement .............................................................. 121

Section 10.03.   Limitation on Rights of Certificateholders ...................................... 122

Section 10.04.   Access to List of Certificateholders ............................................... 122

Section 10.05.   Governing Law ......................................................................... 123

Section 10.06.   Notices ...................................................................................... 123

Section 10.07.   Compliance With Regulation AB ................................................... 123

Section 10.08.   Severability of Provisions ........................................................... 124

Section 10.09.   Counterpart Signatures ............................................................... 124

Section 10.10.   Benefits of Agreement ................................................................. 124

Section 10.11.   Notices and Copies to Rating Agencies .......................................... 124

Section 10.12.   Covenant Not to Place Trust Into Bankruptcy ................................ 125

Section 10.13.   Covenant Not to Place Company Into Bankruptcy ........................... 125

Exhibit A    Form of Certificates (other than Class R Certificates)
Exhibit B    Form of Class R Certificates
Exhibit C    [Reserved]
Exhibit D-1  Mortgage Loan Schedule
Exhibit D-2  Supplemental Mortgage Loan Schedule
Exhibit E    [Reserved]
Exhibit F    Form of Transferor Certificate For Junior Subordinate Certificates
Exhibit G    Form of Transferee's Agreement For Junior Subordinate Certificates
Exhibit H    Form of Additional Matter Incorporated Into the Certificates
Exhibit I    Transferor Certificate
Exhibit J    Transferee Affidavit And Agreement
Exhibit K    [Reserved]
Exhibit L    Form of Investment Letter
Exhibit M    Form of Trustee's Certification Pursuant to Section 2.07
Exhibit N    Officer's Certificate With Respect to ERISA Matters Pursuant to Section 5.01(d)

## TABLE OF CONTENTS
(continued)

**Page**

Exhibit O        Officer's Certificate With Respect to ERISA Matters Pursuant to Section 5.01(g)

This Pooling and Servicing Agreement, dated as of March 1, 2006 (this "Agreement"), is by and among WaMu Asset Acceptance Corp., as depositor (the "Company"), Washington Mutual Bank, as Servicer, LaSalle Bank National Association, as Trustee, and Christiana Bank & Trust Company, as Delaware Trustee.  Capitalized terms used in this Agreement and not otherwise defined have the meanings ascribed to such terms in Article I hereof.

## PRELIMINARY STATEMENT

The Company at the Closing Date is the owner of the Mortgage Loans and the other property being conveyed by it to the Trust. On the Closing Date, the Company will acquire the REMIC I Regular Interests and the Class R-1 Residual Interest from the Trust as consideration for its transfer to the Trust of the Mortgage Loans and certain other assets and will be the owner of the REMIC I Regular Interests and the Class R-1 Residual Interest. Thereafter, on the Closing Date, the Company will acquire the REMIC II Regular Interests and the Class R-2 Residual Interest from the Trust as consideration for its transfer to the Trust of the REMIC I Regular Interests and will be the owner of the REMIC II Regular Interests and the Class R-2 Residual Interest.  Thereafter, on the Closing Date, the Company will acquire the Class B, Class X and Classs PPP Certificates from the Trust as consideration for its transfer to the Trust of the Class B-L, Class X-L and Class PPP-L Regular Interests and will be the owner of those Certificates. The Company has duly authorized the execution and delivery of this Agreement to provide for (i) the conveyance to the Trust of the Mortgage Loans and certain other assets, (ii) the issuance to the Company of the REMIC I Regular Interests and the Class R-1 Residual Interest representing in the aggregate the entire beneficial interest in REMIC I, (iii) the conveyance to the Trust of the REMIC I Regular Interests, (iv) the issuance to the Company of the REMIC II Regular Interests and the Class R-2 Residual Interest representing in the aggregate the entire beneficial interest in REMIC II, (v) the conveyance to the Trust of the Class B-L, Class X-L and Class PPP-L Regular Interests and (vi) the issuance to the Company of the Class B, Class X and Class PPP Certificates. The Company and the Servicer are entering into this Agreement, and the Trustee and the Delaware Trustee are each accepting the trust created hereby, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged.

The Certificates issued hereunder, other than the Junior Subordinate Certificates and the Class PPP Certificates, have been offered for sale pursuant to a Prospectus, dated January 6, 2006, and a Prospectus Supplement, dated March 24, 2006, of the Company (together, the "Prospectus"). The Junior Subordinate Certificates and the Class PPP Certificates have been offered for sale pursuant to a Private Placement Memorandum, dated March 28, 2006.  The Trust created hereunder is the "Trust" described in the Prospectus and the Private Placement Memorandum and the Certificates are the "Certificates" described therein. The following tables set forth the designation, type of interest, Certificate Interest Rate, initial Class Principal Balance and Final Maturity Date for the REMIC I Regular Interests, the REMIC II Regular Interests the Class R Residual Interests:

Predatory Home Loan Practices Act or the Indiana Home Loan Practices Act (Indiana Code, Section 24-9 et seq.).

Section 2.20. *Distributions to the Class B Certificates Outside of REMIC II*. For tax purposes, for any Distribution Date for which a distribution of a Carryover Shortfall Payment has been made to any Class of Class B Certificates pursuant to the second sentence of Section 4.04(a), such Class shall be treated as (i) having received the portion of the REMIC II Available Distribution Amount distributed to the Corresponding Class of REMIC II Regular Interests for such Distribution Date and (ii) having received from the Class X Certificates, outside of REMIC II, the Carryover Shortfall Payment for such Class. For tax purposes, for any such Distribution Date, the Class X Certificates shall be treated as (i) having received the portion of the REMIC II Available Distribution Amount distributed to the Class X-L Regular Interest for such Distribution Date and (ii) having paid to each such Class of Class B Certificates outside of REMIC II, the Carryover Shortfall Payment for such Class.

## ARTICLE III

### Administration and Servicing of Mortgage Loans

Section 3.01. *The Servicer*.  Washington Mutual Bank shall act as Servicer to service and administer the Mortgage Loans on behalf of the Trust in accordance with the terms hereof, consistent with prudent mortgage loan servicing practices and (unless inconsistent with prudent mortgage loan servicing practices) in the same manner in which, and with the same care, skill, prudence and diligence with which, it services and administers similar mortgage loans for other portfolios, and shall have full power and authority to do or cause to be done any and all things in connection with such servicing and administration which a prudent servicer of mortgage loans would do under similar circumstances, including, without limitation, the power and authority to bring actions and defend the Mortgage Pool Assets on behalf of the Trust in order to enforce the terms of the Mortgage Notes.  The Servicer may perform its servicing responsibilities through subservicers or other agents or independent contractors, but shall not thereby be released from any of its responsibilities hereunder and the Servicer shall diligently pursue all of its rights against such subservicers or other agents or independent contractors; *provided, however,* that the Servicer shall, if such reports are required to be filed with the Commission as an exhibit to a Report on Form 10-K, (i) cause each such party, if determined by the Servicer to be a party participating in the servicing function within the meaning of Item 1122 of Regulation AB, to deliver to the Servicer the report on assessment of compliance with applicable servicing criteria and the accounting firm's attestation report described in Section 3.13(c) and (ii) cause each such party, if determined by the Servicer to meet the criteria in Item 1108(a)(2)(i) through (iii) of Regulation AB, to deliver to the Servicer the statement of compliance described in Section 3.13(e).

The Servicer shall make reasonable efforts to collect or cause to be collected all payments called for under the terms and provisions of the Mortgage Loans and shall, to the extent such procedures shall be consistent with this Agreement and the terms and provisions of any Primary Insurance Policy, any FHA insurance policy or VA guaranty, any hazard insurance policy, and federal flood insurance, cause to be followed such collection procedures as are followed with respect to mortgage loans comparable to the Mortgage Loans and held in portfolios of

responsible mortgage lenders in the local areas where each Mortgaged Property is located. The Servicer shall enforce "due-on-sale" clauses with respect to the related Mortgage Loans, to the extent permitted by law, subject to the provisions set forth in Section 3.08.

Consistent with the foregoing, the Servicer may, in accordance with prudent mortgage loan servicing practices and subject to Section 3.20, (i) waive or cause to be waived any assumption fee or late payment charge in connection with the prepayment of any Mortgage Loan and (ii) only upon determining that the coverage of any applicable insurance policy or guaranty related to a Mortgage Loan will not be materially adversely affected, arrange a schedule, running for no more than 180 days after the first delinquent Due Date, for payment of any delinquent installment on any Mortgage Note or for the liquidation of delinquent items.

Consistent with the terms of this Section 3.01, the Servicer may waive, modify or vary any term of any Mortgage Loan or consent to the postponement of strict compliance with any such term or in any manner grant indulgence to any Mortgagor if it has determined, exercising its good faith business judgment in the same manner as it would if it were the owner of the related Mortgage Loan, that the security for, and the timely and full collectability of, such Mortgage Loan would not be adversely affected by such waiver, modification, postponement or indulgence; *provided, however,* that (unless the Mortgagor is in default with respect to the Mortgage Loan or in the reasonable judgment of the Servicer such default is imminent) the Servicer shall not permit any modification with respect to any Mortgage Loan that would (i) change the applicable Mortgage Interest Rate, defer or forgive the payment of any principal or interest, reduce the outstanding principal balance (except for actual payments of principal) or extend the final maturity date with respect to such Mortgage Loan, or (ii) be inconsistent with the terms of any applicable Primary Insurance Policy, FHA insurance policy, VA guaranty, hazard insurance policy or federal flood insurance policy. Notwithstanding the foregoing, the Servicer shall not permit any modification with respect to any Mortgage Loan that would both constitute a sale or exchange of such Mortgage Loan within the meaning of Section 1001 of the Code (including any proposed, temporary or final regulations promulgated thereunder) (other than in connection with a proposed conveyance or assumption of such Mortgage Loan that is treated as a Principal Prepayment or in a default situation) and cause any REMIC to fail to qualify as such under the Code. The Servicer shall be entitled to approve a request from a Mortgagor for a partial release of the related Mortgaged Property, the granting of an easement thereon in favor of another Person, any alteration or demolition of the related Mortgaged Property or other similar matters if it has determined, exercising its good faith business judgment in the same manner as it would if it were the owner of the related Mortgage Loan, that the security for, and the timely and full collectability of, such Mortgage Loan would not be adversely affected thereby and that REMIC I and REMIC II would not fail to continue to qualify as REMICs under the Code as a result thereof and that no tax on "prohibited transactions" or "contributions" after the startup day would be imposed on any REMIC as a result thereof.

The Servicer is hereby authorized and empowered by the Trust to, and shall, execute and deliver or cause to be executed and delivered on behalf of the Holders of the REMIC I Regular Interests and the Class R-1 Residual Interest, the Trustee and the Trust or any of them, any and all instruments of satisfaction or cancellation, or of partial or full release, discharge or modification, assignments of Mortgages and endorsements of Mortgage Notes in connection with refinancings (in jurisdictions where such assignments are the customary and usual standard

of practice of mortgage lenders) and all other comparable instruments, with respect to the Mortgage Loans and with respect to the Mortgaged Properties. The Servicer is hereby further authorized and empowered by the Trust to execute and deliver or cause to be executed and delivered on behalf of the Holders of the REMIC I Regular Interests and the Class R-1 Residual Interest, the Trustee and the Trust, or any of them, such instruments of assignment or other comparable instruments as the Servicer shall, in its sole judgment, deem appropriate in order to register any Mortgage Loan on the MERS® System or to cause the removal of any Mortgage Loan from registration thereon. Any expenses incurred in connection with the actions described in the preceding sentence shall be borne by the Servicer with no right of reimbursement; *provided, however,* that any such expenses incurred as a result of any termination by MERS of the MERS® System shall be reimbursable to the Servicer.  The Trustee on behalf of the Trust shall execute and furnish to the Servicer, at the Servicer's direction, any powers of attorney and other documents prepared by the Servicer and determined by the Servicer to be necessary or appropriate to enable the Servicer to carry out its supervisory, servicing and administrative duties under this Agreement.

The Servicer shall obtain (to the extent generally commercially available) and maintain fidelity bond and errors and omissions coverage acceptable to Fannie Mae or Freddie Mac with respect to its obligations under this Agreement.  The Servicer shall establish escrow accounts for, or pay when due (by means of an advance), any tax liens in connection with the Mortgaged Properties and premiums with respect to any insurance required to be maintained by the Servicer under Section 3.06 and 3.07, to the extent that such amounts are not paid by the Mortgagors when due and to the extent that any such payment would not constitute a Nonrecoverable Advance when made.

In connection with the servicing and administering of each Mortgage Loan, the Servicer and any affiliate of the Servicer (i) may perform services such as appraisals, default management and (in the case of affiliates only) brokerage services that are not customarily provided by servicers of mortgage loans, and shall be entitled to reasonable compensation therefor and (ii) may, at its own discretion and on behalf of the Trust, obtain credit information in the form of a "credit score" from a credit repository.

Section 3.02. *The Custodial Accounts for P&I and Buydown Fund Accounts.* The Servicer shall establish and maintain the Custodial Accounts for P&I and shall deposit or cause to be deposited therein within 48 hours of receipt the following amounts received or advanced by the Servicer with respect to the Mortgage Loans:

(i)      all scheduled payments of principal;

(ii)     all scheduled payments of interest, net of the Servicing Fees (to the extent not applied to pay Compensating Interest);

(iii)    all Curtailments and Payoffs;

(iv)     all Insurance Proceeds (except Insurance Proceeds required for the restoration or repair of the related Mortgaged Property, which shall be retained by the Servicer in an escrow account established for such purpose and maintained in an Eligible

promulgated thereunder) and cause the REMICs to fail to qualify as a REMIC under the REMIC Provisions or (ii) cause the imposition of any tax on "prohibited transactions" or "contributions" after the startup day under the REMIC Provisions.  The Servicer shall notify the Trustee that any such substitution or assumption agreement has been completed by forwarding to the Trustee (or, if applicable, the Custodian) the original copy of such substitution or assumption agreement and other documents and instruments constituting a part thereof. In connection with any such assumption or substitution agreement, the terms of the related Mortgage Note shall not be changed. Any fee collected by the Servicer for entering into an assumption or substitution of liability agreement shall be paid to the Servicer as additional servicing compensation.

Notwithstanding the foregoing paragraph or any other provision of this Agreement, the Servicer shall not be deemed to be in default, breach or otherwise in violation of any of its obligations hereunder by reason of any assumption of a Mortgage Loan by operation of law or any assumption which the Servicer may be restricted by law from preventing, for any reason whatsoever.

Section 3.09.  *Realization Upon Defaulted Mortgage Loans*. The Servicer shall foreclose upon or otherwise comparably convert, or cause to be foreclosed upon or comparably converted, the ownership of any Mortgaged Property securing a Mortgage Loan which comes into and continues in default and as to which no satisfactory arrangements can be made for collection of delinquent payments pursuant to Section 3.01. In lieu of such foreclosure or other conversion, and taking into consideration the desirability of maximizing net Liquidation Proceeds and Insurance Proceeds, the Servicer may, to the extent consistent with prudent mortgage loan servicing practices, accept a payment of less than the outstanding Principal Balance of a delinquent Mortgage Loan in full satisfaction of the indebtedness evidenced by the related Mortgage Note and release the lien of the related Mortgage upon receipt of such payment. The Servicer shall not foreclose upon or otherwise comparably convert a Mortgaged Property if the Servicer is aware of evidence of toxic waste, other hazardous substances or other evidence of environmental contamination thereon and the Servicer determines that it would be imprudent to do so. In connection with such foreclosure or other conversion, the Servicer shall cause to be followed such practices and procedures as it shall deem necessary or advisable and as shall be normal and usual in general mortgage servicing activities. The Servicer shall be responsible for all costs and expenses incurred by it in any such foreclosure proceedings or in any bankruptcy proceedings with respect to a Mortgagor, and the costs and expenses of maintaining or restoring any Mortgaged Property securing a defaulted Mortgage Loan; *provided, however,* that it shall be entitled to reimbursement thereof (as well as its normal servicing compensation) as an advance. The foregoing is subject to the provision that, in the case of damage to a Mortgaged Property from an Uninsured Cause, the Servicer shall not advance funds towards the restoration of the property unless it shall be determined, in the sole judgment of the Servicer, (i) that such restoration will increase the proceeds of liquidation of the Mortgage Loan to Certificateholders after reimbursement to itself for such expenses, and (ii) that such expenses will be recoverable to it through Liquidation Proceeds. The Servicer shall maintain information required for tax reporting purposes regarding any Mortgaged Property which is abandoned or which has been foreclosed or otherwise comparably converted. The Servicer shall report such information to the Internal Revenue Service and the Mortgagor in the manner required by applicable law.

The Servicer may enter into one or more special servicing agreements with a Lowest Class B Owner, subject to each Rating Agency's acknowledgment that the Ratings of the Certificates in effect immediately prior to the entering into of such agreement would not be qualified, downgraded or withdrawn and the Certificates would not be placed on credit review status (except for possible upgrading) as a result of such agreement.  Any such agreement may contain provisions whereby such Lowest Class B Owner may (a) instruct the Servicer to commence or delay foreclosure proceedings with respect to delinquent Mortgage Loans, provided that the Lowest Class B Owner deposits a specified amount of cash with the Servicer that will be available for distribution to Certificateholders if Liquidation Proceeds are less than they otherwise may have been had the Servicer acted pursuant to its normal servicing procedures, (b) purchase such delinquent Mortgage Loans from the Trust immediately prior to the commencement of foreclosure proceedings at a price equal to the aggregate outstanding Principal Balance of such Mortgage Loans plus accrued interest thereon at the applicable Mortgage Interest Rate through the last day of the month in which such Mortgage Loans are purchased plus any unreimbursed advances made by the Servicer hereunder; and/or (c) assume all of the servicing rights and obligations with respect to such delinquent Mortgage Loans so long as (i) the Servicer has the right to transfer the servicing rights and obligations of such Mortgage Loans to another servicer and (ii) such Lowest Class B Owner will service such Mortgage Loans in accordance with the terms of this Agreement; *provided, however,* that no such agreement will relieve the Servicer of any of its obligations hereunder.

REMIC I shall not acquire any real property (or personal property incident to such real property) except in connection with a default or imminent default of a Mortgage Loan. In the event that REMIC I acquires any real property (or personal property incident to such real property) in connection with a default or imminent default of a Mortgage Loan, such property shall be disposed of by the Servicer as soon as practicable in a manner that, consistent with prudent mortgage loan servicing practices, maximizes the net present value of the recovery to the Trust, but in any event within three years after its acquisition by the Servicer for REMIC I unless the Servicer provides to the Trustee an Opinion of Counsel to the effect that the holding by REMIC I of such Mortgaged Property subsequent to three years after its acquisition will not result in the imposition of taxes on "prohibited transactions" of REMIC I as defined in Section 860F of the Code or under the law of any state in which real property securing a Mortgage Loan owned by REMIC I is located or cause REMIC I to fail to qualify as a REMIC for federal income tax purposes or for state tax purposes under the laws of any state in which real property securing a Mortgage Loan owned by REMIC I is located at any time that any Certificates are outstanding. The Servicer shall conserve, protect and operate each such property for the Certificateholders solely for the purpose of its prompt disposition and sale in a manner which does not cause such property to fail to qualify as "foreclosure property" within the meaning of Section 860G(a)(8) or result in the receipt by the REMIC of any "income from non-permitted assets" within the meaning of Section 860F(a)(2)(B) of the Code or any "net income from foreclosure property" which is subject to taxation under the REMIC Provisions. Pursuant to its efforts to sell such property, the Servicer shall either itself or through an agent selected by the Servicer protect and conserve such property in the same manner and to such extent as is customary in the locality where such property is located and may, incident to its conservation and protection of the assets of the Trust, rent the same, or any part thereof, as the Servicer deems to be in the best interest of the Trust for the period prior to the sale of such property. Additionally, the Servicer shall perform the tax withholding and shall file information returns

with respect to the receipt of mortgage interests received in a trade or business, the reports of foreclosures and abandonments of any Mortgaged Property and the information returns relating to cancellation of indebtedness income with respect to any Mortgaged Property required by Sections 6050H, 6050J and 6050P, respectively, of the Code, and deliver to the Trustee an Officers' Certificate on or before March 31 of each year stating that such reports have been filed. Such reports shall be in form and substance sufficient to meet the reporting requirements imposed by Sections 6050H, 6050J and 6050P of the Code.

Notwithstanding any other provision of this Agreement, the Servicer and the Trustee, as applicable, shall comply with all federal withholding requirements with respect to payments to Certificateholders of interest or original issue discount that the Servicer or the Trustee reasonably believes are applicable under the Code.  The consent of Certificateholders shall not be required for any such withholding.  Without limiting the foregoing, the Servicer shall not withhold with respect to payments of interest or original issue discount in the case of a Certificateholder that has furnished or caused to be furnished an effective Form W-8 or an acceptable substitute form or a successor form and who is not a "10 percent shareholder" within the meaning of Code Section 871(h)(3)(B) or a "controlled foreign corporation" described in Code Section 881(c)(3)(C) with respect to REMIC I, REMIC II or the Company.  In the event the Trustee withholds any amount from interest or original issue discount payments or advances thereof to any Certificateholder pursuant to federal withholding requirements, the Trustee shall indicate the amount withheld to such Certificateholder.

Section 3.10. *Trustee to Cooperate; Release of Mortgage Files*. Upon the Payoff or scheduled maturity of any Mortgage Loan, the Servicer shall cause such final payment to be deposited within 48 hours in the related Custodial Account for P&I.  The Servicer shall promptly notify the Trustee thereof by a certification (which certification shall include a statement to the effect that all amounts received in connection with such payment which are required to be deposited in such account have been so deposited) of a Servicing Officer and shall request delivery to it of the Mortgage File; *provided, however,* that such certification shall not be required if the Mortgage File is held by a Custodian which is also the Servicer of the Mortgage Loan. Upon receipt of such certification and request, the Trustee shall (or, if applicable, shall cause the Custodian in accordance with the Custodial Agreement to), not later than the fifth succeeding Business Day, release, or cause to be released, the related Mortgage File to the Servicer. With any such Payoff or other final payment, the Servicer is authorized (i) to prepare for and procure from the trustee or mortgagee under the Mortgage which secured the Mortgage Note a deed of full reconveyance or other form of satisfaction or assignment of Mortgage and endorsement of Mortgage Note in connection with a refinancing covering the Mortgaged Property, which satisfaction, endorsed Mortgage Note or assigning document shall be delivered by the Servicer to the person or persons entitled thereto, and (ii) with respect to any MERS Loan, to cause the removal of such Mortgage Loan from registration on the MERS® System. No expenses incurred in connection with such satisfaction or assignment shall be payable to the Servicer by the Trustee or from the Certificate Account, the related Investment Account or the related Custodial Account for P&I. From time to time as appropriate for the servicing or foreclosure of any Mortgage Loan, including, for this purpose, collection under any Primary Insurance Policy, the Trustee shall (or, if applicable, shall cause the Custodian in accordance with the Custodial Agreement to), upon request of the Servicer and delivery to it of a trust receipt signed by a Servicing Officer, release not later than the fifth Business Day following the date of