Joseph E. Addiego III (CA SBN 169522)
John D. Freed (CA SBN 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email:  jakefreed@dwt.com
        joeaddiego@dwt.com

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.
U.S. BANK, N.A., as Successor to Bank of America, N.A., as Successor by Merger to LaSalle Bank, N.A., as Trustee for WMALT Pass-Through Certificates Series 2006-AR2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. SMITH & DEBRA SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., et al.<br><br>Defendants. | Case No. 19-cv-01408-JVS-DFM<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO REMAND**<br><br>Date: September 30, 2019<br>Time: 1:30 p.m.<br>Courtroom: 10C, Santa Ana<br>Judge: Honorable James V. Selna<br><br>Action Removed: July 19, 2019 |

1

REQUEST FOR JUDICIAL NOTICE
Case No. 19-cv-01408-JVS-DFM

Defendants JPMorgan Chase Bank, N.A. ("Chase") and U.S. Bank, N.A. ("U.S. Bank") respectfully submit this Request for Judicial Notice in support of their Opposition to Plaintiffs' Motion to Remand. Pursuant to Federal Rule of Evidence 201, Chase and U.S. Bank request that the Court take judicial notice of the following document, a true and correct copy of which is attached hereto as Exhibit A:

| Exhibit | Description |
|---|---|
| A | List of national banking associations, as of August 31, 2019, published by the federal Office of the Comptroller of the Currency. It is available at https://www.occ.treas.gov/topics/charters-and-licensing/financial-institution-lists/national-by-name.pdf |

### A. Legal Standard for Judicial Notice

A court may take judicial notice of a fact "not subject to reasonable dispute [and] . . . capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); *see also MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (stating that a court "may take judicial notice of matters of public record outside the pleadings"). Courts "may presume that public records are authentic and trustworthy." *Gilbrook v. City of Westminster*, 177 F.3d 839, 858 (9th Cir. 1999).

Such judicially noticeable public records include recorded documents relating to real property. *See, e.g.*, *Perez v. Am. Home Mortg. Servicing, Inc.*, No. 12-cv-009323-WHA, 2012 U.S. Dist. LEXIS 56744, at *4 (N.D. Cal. Apr. 23, 2012) (taking judicial notice of deed of trust, notice of default, assignment of deed of trust, and substitution of trustee, all recorded with Alameda County Recorder's Office); *accord Eng v. Dimon*, No. 11-cv-03173-MMC, 2012 U.S. Dist. LEXIS 120694, at *3 n.4 (N.D. Cal. Aug. 24, 2012). Such materials also include "printout[s] from a government website." *Kenery v. Wells Fargo, N.A.*, No. 13-cv-02411-BLF, 2014

U.S. Dist. LEXIS 117550, at *7 (N.D. Cal. Aug. 22, 2014) (taking judicial notice of documents recorded with Santa Clara County Recorder's Office and those printed from FDIC website).

### B.  Judicial Notice Is Appropriate for Exhibits A

Exhibit A is a listing of national banking associations published by the federal Office of the Comptroller of the Currency ("OCC").  It is subject to judicial notice as a public record, available on the OCC's website at https://www.occ.treas.gov/topics/charters-and-licensing/financial-institution-lists/national-by-name.pdf.

DATED September 6, 2019

DAVIS WRIGHT TREMAINE LLP
Joseph E. Addiego, III
John D. Freed

By: */s/ John D. Freed*
    John D. Freed

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.
U.S. BANK, N.A.